WENDY J. OLSON, IDAHO STATE BAR NO. 7634
UNITED STATES ATTORNEY
RAFAEL M. GONZALEZ, JR.
FIRST ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF IDAHO
WASHINGTON GROUP PLAZA IV
800 EAST PARK BOULEVARD, SUITE 600
BOISE, ID 83712-7788
TELEPHONE: (208) 334-1211
FACSIMILE: (208) 334-9375

## UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>   vs.<br><br>CHRISTOPHER CONK D-2,<br><br>         Defendant. | Case No. 13-mj-07497-02-S-CWD<br><br>**RESPONSE TO MOTION FOR RETURN OF BOND** |

The United States of America, by and through Wendy J. Olson, United States Attorney, and the undersigned Assistant United States Attorney for the District of Idaho, responds that it has no objection to the third party motion by Amanda Davison (ECF 25) for return of bond as to Defendant Christopher Conk.

RESPONSE TO MOTION FOR RETURN OF BOND - 1

Respectfully submitted this 26th day of March, 2014.


WENDY J. OLSON
UNITED STATES ATTORNEY
By:


/s/ Rafael M.Gonzalez, Jr.
 RAFAEL M. GONZALEZ, JR.
 First Assistant United States Attorney

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 26, 2014, the foregoing **RESPONSE TO MOTION FOR RETURN OF BOND** was electronically filed with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing and a copy mailed to the following person(s):

Amanda Davison

12621 Purple Sage Road

Middleton, ID 83644

/s/ Danielle Narkin
Legal Assistant

RESPONSE TO MOTION FOR RETURN OF BOND - 3